**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

United States Court of Appeals
Fifth Circuit

**F I L E D**

May 14, 2009

Charles R. Fulbruge III
Clerk

No. 07-10975
Summary Calendar

TERRY GENE FREEMAN

Petitioner-Appellant

v.

NATHANIEL QUARTERMAN, DIRECTOR, TEXAS DEPARTMENT OF
CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION

Respondent-Appellee

Appeal from the United States District Court
for the Northern District of Texas
4:07-CV-176

Before HIGGINBOTHAM, BARKSDALE, and ELROD, Circuit Judges.

PER CURIAM:[*]

Terry Gene Freeman appeals the district court's judgment dismissing
without prejudice his application for a writ of habeas corpus challenging his
2003 conviction of aggravated sexual assault. The district court determined that
Freeman had not exhausted his state remedies as to all of the claims raised in
his habeas application. The respondent concedes that the district court erred in
dismissing the entire habeas application without giving Freeman an opportunity

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion
should not be published and is not precedent except under the limited
circumstances set forth in 5TH CIR. R. 47.5.4.

to amend his habeas application to dismiss his unexhausted claims, an issue on which we have granted a COA.[1] The judgment is VACATED and the case is REMANDED for further proceedings. We neither make nor intimate any opinion as to which of Freeman's claims have been exhausted.

Freeman seeks to challenge this court's refusal to grant him Certificates of Appealability as to other issues, but we do not consider these claims, as he allowed the time within which he could make such challenges to lapse.[2]

---

[1] *See Rhines v. Weber*, 544 U.S. 269, 278 (2005).

[2] *See* 5TH CIR. R. 27.2; FED. R. APP. P. 40(a)(1).